**Opinion issued January 22, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00994-CR

————————————

## CHRISTOPHER PAUL SANCHEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 176th District Court
Harris County, Texas
Trial Court Case No. 1414928

## MEMORANDUM OPINION

Appellant, Christopher Paul Sanchez, is charged with the felony offense of

aggravated assault.[1] The case has not gone to trial. Appellant filed a *pro se* notice

---

[1]  *See* TEX. PENAL CODE ANN. § 22.02(a)(2)(West 2011).

of appeal from the indictment against him, and not from any discernable final order or conviction. We dismiss the appeal.

The trial court's certification is included in the record on appeal. The trial court's certification correctly states that an appeal is not proper at this time, and that the defendant has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). The record supports the trial court's certification. Because appellant has no right of appeal, we must dismiss this appeal. *See, e.g., Martin v. State*, 77 S.W.3d 853 (Tex. App.—Amarillo 2002, no pet.) (dismissing for want of jurisdiction where notice of appeal did not show appellant wished to appeal from either a judgment or an order, much less from one that is final or appealable). Accordingly, we dismiss the appeal for want of jurisdiction. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).

2